# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SANI MOHAMMED, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-49 |
| | * | |
| v. | * | |
| | * | |
| PATRICK GARTLAND, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Petitioner Sani Mohammed ("Mohammed") failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Mohammed's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and **DENIES** Mohammed *in forma pauperis* status on appeal.

---

[1] Mohammed's Traverse was filed two (2) days after the Magistrate Judge entered his Report and Recommendation. Dkt. No. 15. However, nothing in this Traverse is responsive to the Report and Recommendation. In addition, the Report and Recommendation was returned to the Court as undeliverable on September 5, 2017, with the notation "Released". Dkt. No. 16.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA